JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRIE JEANNINE BRANNEN,<br><br>Plaintiff,<br><br>vs.<br><br>GILA LLC dba MUNICIPAL SERVICES BUREAU;<br><br>Defendant. | Case no. 5:13-cv-00129-CAS(DTBx)<br><br>**ORDER** |

By stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

*/s/ Christina A. Snyder*

Dated: April 1, 2013

_____
United States District Court Judge